# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Louis Wrathall, ) | No. CV-08-415-PHX-GMS (GEE) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| E.W. Morris, Warden; et al., ) | |
| Respondents. ) | |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus and United States Magistrate Judge Glenda E. Edmond's Report and Recommendation ("R&R"). Dkt. ## 1 & 14. The R&R recommends that the Court deny the petition because Petitioner's consecutive sentences do not violate due process. Dkt. # 14 at 1. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 8 (citing 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b)(2); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The

1  Court has nonetheless reviewed the R&R and finds that it is well-taken.  The Court will
2  accept the R&R and deny the Petition.  *See* 28 U.S.C. § 636(b)(1) (stating that the district
3  court "may accept, reject, or modify, in whole or in part, the findings or recommendations
4  made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject,
5  or modify the recommended disposition; receive further evidence; or return the matter to the
6  magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Glenda E. Edmond's R&R (Dkt. #14) is **ACCEPTED**.
2. Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 1) is **DENIED**.
3. The Clerk of the Court shall **TERMINATE** this action.

DATED this 12th day of November, 2008.

*G. Murray Snow*
G. Murray Snow
United States District Judge